T. A. BASHFORD, Respondent, v. GEORGE W. CURTIS, Appellant. (Civil No. 144.)

APPEAL from the District Court of the Third Judicial District in and for the County of Yavapai.

John C. Herndon and E. M. Sanford, for Appellant.

Rush and Wells, for Respondent.

March 3, 1885. Affirmed. (Note by Reporter. The record shows, "Opinion to be hereafter filed," but none appears in the records of the office of the Clerk of the Supreme Court.)

---

F. M. FOWLER, Appellant, v. E. W. BRYAN et al., Respondent. (Civil No. 141.)

APPEAL from the District Court of the Second Judicial District in and for the County of Maricopa.

Tweed, Hancock and Crenshaw, for Appellant.

Alsap and Baker, and Lemon and McCabe, for Respondents.

March 3, 1885. Affirmed. (Note by Reporter. The record shows, "Opinion to be hereafter filed," but none appears in the records of the office of the Clerk of the Supreme Court.)